ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 05-0304 BMK |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| VS. | ) | |
| | ) | FILED IN THE |
| RYAN ALLMAN, | ) | UNITED STATES DISTRICT COURT |
| | ) | DISTRICT OF HAWAII |
| Defendant. | ) | APR 14 2005 |
| | ) | at 2 o'clock and 16 min. P.M. |
| | | WALTER A.Y.H. CHINN, CLERK |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about April 12, 2005, in the District Of Hawaii, defendant RYAN ALLMAN possessed a firearm not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861 (d); and, also,

On or about April 12, 2005, in the District of Hawaii, Defendant RYAN ALLMAN, did knowingly and intentionally attempt to possess, with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

    I further state that I am a Postal Inspector with the United States Postal Inspection Service and that this Complaint is based upon the facts set forth in the attached "Inspector's Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

_____
MITCHELL TABERA
U.S. Postal Inspector


Sworn to before me and
subscribed in my presence,
this _____ day of April,
2005, at Honolulu, Hawaii.

_____
BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

**INSPECTOR'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

MITCHELL TABERA, after being duly sworn, deposes and states as follows:

1. I am a Postal Inspector currently assigned to the Honolulu Hawaii Domicile of the United States Postal Inspection Service (USPIS).

2. On April 12, 2005, I was at the Honolulu Main Post Office inspecting the Express Mail parcels that were being shipped from the mainland to Hawaii when I observed a suspicious Express Mail parcel described as a USPS Ready Post white cardboard box, approximately 12" x 10" x 8" in dimension, bearing USPS Express Mail Parcel Mailing Label number ED620378243US that was being sent from L.A. Nails & Beauty Supplies, 10623 Valley Boulevard, El Monte, CA 91731, to Ryan ALLMAN, 2333 Kapiolani Boulevard #3108, Honolulu, HI 96826. The postage was $33.45 for the parcel which weighed approximately 6 pounds 13.5 ounces and is hereinafter referred to as the "subject parcel".

3. Upon closer inspection of the subject parcel, I observed the following characteristics that through my training and experience are indicative of drug trafficking:
   A. The Express Mail Label was completely handwritten;
   B. The subject parcel return address city is El Monte, California which is a source city of narcotics and other illicit drugs;
   C. The subject parcel was being sent to Honolulu, HI, which is a target city of narcotics and other illicit drugs;
   D. The Mailing Label was dated 4-11-05 with second day delivery; and
   E. Over the past 4 months, at least eight (8) express mail parcels with similar size and weights have been observed coming into Hawaii mailed from two different nail supply businesses in El Monte, California. The handwriting on the parcels all appear to be the same and, in some cases, the tracking numbers are close in sequence.

4. On April 12, 2005, myself, and, Postal Inspector Ronald Zielinski, along with Honolulu Police Officer Joseph Amasiu and Officer Hall Hirano of the Honolulu

Police Department (HPD) Narcotics Vice Division, went to the Marco Polo condominium tower at 2333 Kapiolani Boulevard, Honolulu, HI 96826 with the subjuect parcel in order to conduct a "knock and talk" regarding the subject parcel. Upon our arrival, we contacted the building's general manager to verify the occupant(s) of unit #3108. The general manager, Robert Allman, advised me that was his unit and Ryan Allman was his son. Robert Allman then telephoned his residence, Unit #3108, and requested Ryan Allman to come to his office.

5. Ryan ALLMAN arrived at the general manager's office and verified his identification to me with a Hawaii Driver's License.

6. While at the general manager's office at 2333 Kapiolani Boulevard, Ryan ALLMAN gave me and the other law enforcement officers verbal consent to search the subject parcel in the presence of his father, Robert Allman. Ryan ALLMAN subsequently gave written consent to search his cellular telephone, his vehicle, and his bedroom in his family's residence located at 2333 Kapiolani Boulevard #3108, Honolulu, HI 96826. Ryan ALLMAN also later executed a written waiver giving up his right to appear immediately before a United States Magistrate Judge, to a probable cause determination within 48 hours of his arrest and to the assistance of counsel in making those decisions.

7. Upon inspection of the contents of the subject parcel, I located one (1) large plastic container labeled as protein powder. Inside the plastic container, I found four (4) sealed plastic bags containing a white, crystal like substance which, in my experience, appeared to be methamphetamine. I later field tested one of the bags which reacted positively for the presence of methamphetamine. The weight of the four bags was approximately 1886.2 grams. Based upon my experience, this quantity of methamphetamine is an amount consistent with distribution.

8. Upon inspection of ALLMAN's residence, numerous Express Mail Labels, USPS Money Orders, shipping and packaging materials, and other miscellaneous documents with names and addresses were located in ALLMAN's room. Also, located in ALLMAN's bedroom closet was a fully loaded .38 caliber handgun, a shotgun with a 12" barrel

and pistol grip, and an AK-47 Assault rifle with a high capacity magazine inside a large black duffle bag.

9. On April 12, 2005, while at 2333 Kapiolani Boulevard #3108, Honolulu, HI, I placed Ryan ALLMAN under arrest for Federal Firearms Violations.

10. On April 12, 2005, TFO Jack Wright, and I read ALLMAN his Miranda rights at which time ALLMAN related that he understood his rights and was willing to give a statement.

11. ALLMAN acknowledged he knew that the subject parcel contained "ice" and was expecting to receive about 3 pounds of ice.

12. ALLMAN admitted that on at least 15 prior occasions, he received Express Mail parcels that contained at least two pounds of ice for which ALLMAN would receive $1000 per pound. The largest shipment ALLMAN received was 6 pounds of ice for which ALLMAN was paid $7,000.00 for receiving the ice.

13. ALLMAN also said he would mail money from proceeds of the sale of the ice back to California. ALLMAN said the largest amount of currency that he shipped was about $100,000.00.

14. ALLMAN admitted to possessing all three guns found in his bedroom although he claimed he was holding them for another person. ALLMAN acknowledged knowing the guns were illegal and did not ever attempt to register them.

15. On April 12, 2005, at my request, Bureau of Alcohol, Tobacco & Firearms (ATF) Special Agent Ty Torco examined the weapons, including the shotgun which he determined to be a short-barreled Browning Field Model 22, 20 gauge shotgun, with an obliterated serial number. The shotgun was measured and found to have a barrel length of 12 7/8 inches and an overall length of 25 and 1/5 inches. On that same day, Agent Torco caused a records check to be conducted by the ATF National Firearms Act Branch. The search determined that RYAN ALLMAN does not have any firearms registered to him in the National Firearms Registration and Transfer Record and that Browning Field Model 22, 20 gauge shotgun, with an obliterated serial

number and barrel length of 12 and 7/8 inches and an overall length of 25 and 1/5 inches is not registered.


FURTHER AFFIANT SAYETH NAUGHT.

_____
MITCHELL TABERA
U.S. Postal Inspector


This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that defendant(s) above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 12:00 pm on April 14, 2005.


Subscribed and Sworn to Before Me,
This 14th Day of April, 2005.

_____
BARRY M. KURREN
United States Magistrate Judge
District of Hawaii