EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE NAKAKUNI    #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR#163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2005

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>RYAN ALLMAN,<br><br>        Defendant. | MAG. NO. 05-0304 BMK<br><br>MOTION TO DETAIN DEFENDANT<br>WITHOUT BAIL |

## MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain the defendant without bail, pursuant to 18 U.S.C. Section 3142 and Rule 40 of the Federal Rules of Criminal Procedure.

    1. *Eligibility of Case*.  The defendant is eligible for detention because the case involves (check all that apply):

        ____ a.  Offense committed on release pending felony trial (3142(d)(1) (A)(I))*

        ____ b.  Offense committed on release pending imposition, execution, or appeal of sentence

```
                  conviction or completion of sentence
                  (3142(d)(1)(A)(ii)*

      _____  c.   Offense committed while on probation or
                  parole (3142(d)(1)(A)(iii))*

      _____  d.   A citizen of a foreign country or unlawfully
                  admitted person  (3142(d)(1)(B))*

      _____  e.   Crime of violence (3142(f)(1)(A))

      _____  f.   Maximum sentence life imprisonment or death
                  (3142(f)(1)(B))

      _X_    g.   10+ year drug offense (3142(f)(1)(C))

      _____  h.   Felony, with two prior convictions in
                  categories (e), (f), or (g) (3142(f)(1)(D))

      _X_    i.   Serious risk defendant will flee
                     (3142(f)(2)(A))

      _X_    j.   Danger to other person or community **

      _____  k.   Serious risk of obstruction of justice
                  (3142(f)(2)(B))

      _____  l.   Serious risk of threat, injury, intimidation
                  of prospective witness or juror
                  (3142(f)(2)(B))

            *  requires "i" or "j" additionally
           ** requires "a", "b", "c", or "d" additionally
```

2.  Reason for Detention.  The court should detain defendant (check all that apply):

```
      _X_    a.   Because there is no condition or combination
                  of conditions of release which will
                  reasonably assure defendant's appearance as
                  required (3142(e))

      _X_    b.   Because there is no condition or combination
                  of conditions of release which will
                  reasonably assure the safety of any other
                  person and the community (3142(e))

      _____  c.   Pending notification of appropriate court or
                  official (not more than 10 working days
                  (3142(d))
```

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under Section 3142(e).  If invoked, the presumption applies because (check all that apply):

    <u>X</u>  a.    Probable cause to believe defendant committed 10+ year drug offense

    ____  b.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    ____  c.    Previous conviction for eligible offense committed while on pretrial release less than five (5) years after previous conviction or release from imprisonment

4. <u>Time for Detention Hearing</u>.  The United States requests that the court conduct the detention hearing:

    ____  a.    At first appearance

    <u>X</u>  b.    After continuance of <u>3</u> days (not more than 3)

DATED:  April 14, 2005, Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

By _____
    MARK A. INCIONG
    Assistant U.S. Attorney