# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ VS _____

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 14 2005
at ___ o'clock and ___ min. ___
WALTER A.Y.H. CHINN, CLERK

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Ryan Allman**

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☒ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: **05-0304 BMK**
District Court: 
Court of Appeals: ✓

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: **Feb, 2005**
- How much did you earn per month? $ **700**
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: **Receives some financial help from parents**

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $ **500**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE: $ **2,000** DESCRIPTION: **1996 Cadillac DeVille**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: **lives w/ parents**

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Visa credit cards | $300 | $80 |
| Cell phone | $290 | $60 |
| Car insurance | $ | $120 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **4-14-05**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *[signature]*