# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
        DISTRICT OF HAWAII

    04/14/2005 4:30 PM
WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:**  MA 05-0304BMK

**CASE NAME:**  USA                        vs.  Brian Cristobal Allmon

**ATTYS FOR PLA:**                    **ATTYS FOR DEF:**
_____                                    _____
    Mark Inciong                            Loretta Faymonville

**INTERPRETER:**

_____

**JUDGE:** JUDGE BARRY M. KURREN           **REPORTER:**    C6 CD

**DATE:**  04/14/2005                      **TIME:**

                                           **ROOM:**      COURTROOM 6
_____

**COURT ACTION:** EP

   Initial Appearance - deft present in custody.

   Deft sworn to Financial Affidavit.
   Oral M/Court Appt Atty GRANTED.

   Detention Hearing 4-19-05 @ 10:30 a.m., BMK
   Preliminary Hearing 4-29-05 @ 10 a.m., BMK

   Deft remanded to custody of marshal.


   Submitted by: Richlyn Young, Courtroom Manager