ORIGINAL

PAUL J. CUNNEY
A Law Corporation
220 S. King Street, #2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749
MICHELLE N. TAKAI, #6763
Attorneys for Defendant
RYAN ALLMAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2005

at __10__ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN ALLMAN,<br><br>    Defendant. | )  CR 05-304 BMK<br>)  MAG 05-304<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **WITHDRAWAL OF COUNSEL;**<br>)  **SUBSTITUTION OF COUNSEL**<br>)  **AND ORDER** |

### WITHDRAWAL OF COUNSEL

Comes now, LORETTA A. FAYMONVILLE, Esq., Federal Public Defender, pursuant to Rule 110-7 of the Local Rules of Practice for the United States District Court for the District of Hawaii and hereby withdraws as counsel for Defendant RYAN ALLMAN in the above-entitled case.

Comes now, private attorney, VICTOR J. BAKKE and hereby appears as



counsel for Defendant RYAN ALLMAN in the above-entitled case.

DATED at Honolulu, Hawaii, April 19, 2005.

_____
WITHDRAWING ATTORNEY
LORETTA A. FAYMONVILLE
FEDERAL PUBLIC DEFENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-304 BMK |
| Plaintiff, | **SUBSTITUTION OF COUNSEL AND ORDER** |
| vs. | |
| RYAN ALLMAN, | |
| Defendant. | |

## SUBSTITUTION OF COUNSEL

Upon withdrawal of Public Defender, LORETTA A. FAYMONVILLE, as attorney for Defendant, Private counsel, VICTOR J. BAKKE, the undersigned hereby appears as counsel for Defendant RYAN ALLMAN.

DATED at Honolulu, Hawaii, April 19, 2005.

_____
VICTOR J. BAKKE
Private Counsel for Defendant
RYAN ALLMAN


_____
RYAN ALLMAN
Defendant

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-304 BMK |
| | ) | |
| Plaintiff, | ) | **ORDER FOR WITHDRAWAL** |
| | ) | **AND SUBSTITUTION OF** |
| vs. | ) | **COUNSEL** |
| | ) | |
| RYAN ALLMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER FOR WITHDRAWAL AND**
**SUBSTITUTION OF COUNSEL**

It is hereby ordered that appointed Counsel, LORETTA A. FAYMONVILLE, be allowed to withdraw and that Private Counsel, VICTOR J. BAKKE, be allowed to substitute as counsel for the defendant RYAN ALLMAN

APPROVED AND SO ORDERED

_____
HONORABLE MAGISTRATE JUDGE BARRY M. KURREN
JUDGE OF THE ABOVE-ENTITLED COURT