# MINUTES

```
                    FILED IN THE
              UNITED STATES DISTRICT COURT
                  DISTRICT OF HAWAII
                 04/19/2005 4:30 PM
              WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** MA 05-0304BMK

**CASE NAME:** USA vs. Brian Cristobal Allmon

**ATTYS FOR PLA:**
Mark Inciong

**ATTYS FOR DEF:**
Loretta Faymonville
Victor Bakke

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN    **REPORTER:** C6 CD

**DATE:** 04/19/2005    **TIME:** 10:34 - 10:35

**ROOM:** COURTROOM 6

**COURT ACTION:** EP

Detention Hearing - deft present in custody.
Substitution and Withdrawal of Counsel signed and filed.
Victor Bakke appears as retained counsel.

Detention Hearing continued to 4-26-05 @ 11 a.m., BMK.

Deft remanded to custody of marshal.


Submitted by: Richlyn Young, Courtroom Manager