# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
04/26/2005 4:30 PM
WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** MA 05-0304BMK

**CASE NAME:** USA vs. Ryan Allman

**ATTYS FOR PLA:** Mark Inciong

**ATTYS FOR DEF:** Paul Cunney for Victor Bakke

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN    **REPORTER:** C6 CD

**DATE:** 04/26/2005    **TIME:** 10:49 - 10:52

**ROOM:** COURTROOM 6

**COURT ACTION:** EP

Detention Hearing - deft present in custody.

Due to a conflict, Paul Cunney's Oral Motion to Withdraw as Counsel - GRANTED. Cunney to file a Substitution and wWthdrawal of Counsel.

Detention Hearing continued to 4-28-05 @ 10:30 a.m., BMK with new counsel.

Deft remanded to custody of marshal.

Submitted by: Richlyn Young, Courtroom Manager

*Created: 04/26/2005 04:55:52 PM*    Document: 60952484