EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2005

at ___ o'clock and ___ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN ALLMAN,<br><br>Defendant. | CR. NO. CR 05-00179 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1)<br>and (b)(1)(A);<br>26 U.S.C. §§ 5841,<br>5861(d) and 5871] |

I N D I C T M E N T

The Grand Jury charges that:

Count 1

On or about April 12, 2005, in the District of Hawaii,
defendant, RYAN ALLMAN, did knowingly and intentionally attempt
to possess, with intent to distribute, 500 grams or more, to wit:
approximately 1886.2 grams, of a mixture and substance containing
a detectable amount of methamphetamine, its salts, isomers and
salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### Count 2

On or about April 12, 2005, in the District of Hawaii, defendant, RYAN ALLMAN, did knowingly receive and possess a shotgun with a barrel length less than eighteen (18) inches, to wit: a Browning, field model 22, 20 gauge shotgun, which was not registered to him in the National Firearms Registration and Transfer Record.    All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

Dated: April _28_, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney


United States v. Ryan Allman
Indictment
CR. No.

2