PETER B. CARLISLE  2209
Prosecuting Attorney
KEVIN K. TAKATA  3763
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:    527-6458
FAX:  547-7513
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00179-JMS |
| Plaintiff, | ) ) | APPLICATION REGARDING TEMPORARY TRANSFER OF |
| v. | ) ) | CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS |
| RYAN ALLMAN, | ) ) | CORPUS AD PROSEQUENDUM; EXHIBITS "A AND B" |
| Defendant. | ) ) ) ) | |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Kevin K. Takata, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of RYAN ALLMAN from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. RYAN C. ALLMAN, Criminal No. 04-1-0275.



Defendant RYAN ALLMAN is now detained in the custody of the United States Marshal Service, District of Hawaii, pending sentencing.

Defendant RYAN ALLMAN has a hearing on State's Motion to Set Aside Order for Deferred Acceptance of No Contest Plea and Acceptance of Defendant's No Contest Plea for Judgment of Conviction before the Honorable Karl K. Sakamoto, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for June 30, 2006, 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of RYAN ALLMAN from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on June 2, 2006, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. RYAN C. ALLMAN, Criminal No. 04-1-0275, Defendant RYAN ALLMAN will be returned to the United States Marshal Service, District of Hawaii.

Dated at Honolulu, Hawaii: June 7, 2006.

> STATE OF HAWAII
>
> By PETER B. CARLISLE
>    Prosecuting Attorney
>
> By /s/ Kevin K. Takata
> KEVIN K. TAKATA
> Deputy Prosecuting Attorney
> City and County of Honolulu