DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

May 30, 2006

Mark Inciong,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

    RE:    State of Hawaii v. Ryan C. Allman
            Criminal No. 04-1-0275

Dear Mr. Inciong:

    I understand the above-named individual is currently in the custody of the federal government awaiting federal sentencing scheduled for June 29, 2006. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person commencing on June 30, 2006. The individual will be returned to the U.S. Marshal Service, District of Hawaii, that same day.

    Please sign below if you agree to this request and FAX a copy of this letter to **June C. Koja**, FAX no. **527-6471**. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6458 or June C. Koja at 527-6448.

                              Very truly yours,

                              Kevin K. Takata
                              Division Chief
                              Trials Division

APPROVED:

Mark Inciong
Assistant United States Attorney

# EXHIBIT "A"