PETER B. CARLISLE  2209
Prosecuting Attorney
KEVIN K. TAKATA  3763
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    527-6458
FAX:  547-7513
Attorneys for State of Hawaii

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 JUN -2 PM 3: 26

E. ALAGAO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE RYAN C. ALLMAN,<br><br>Defendant. | S. P. NO. 06-1-0198<br>(Cr. No. 04-1-0275)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE KARL K. SAKAMOTO, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Kevin K. Takata, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.   That RYAN C. ALLMAN has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal No. 04-1-0275;

2.   That hearing on the State's Motion to Set Aside Order for Deferred Acceptance of No Contest Plea and Acceptance of Defendant's No Contest Plea for Judgment of Conviction and

EXHIBIT "B"

Sentence in Criminal No. 04-1-0275 is scheduled for June 30, 2006, before the Honorable KARL K. SAKAMOTO;

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of RYAN C. ALLMAN to State of Hawaii Officials on June 30, 2006, and at any time or times deemed necessary until the conclusion of Criminal No. 04-1-0275; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant each time, to:

1. bring the said Defendant before the Honorable KARL K. SAKAMOTO, Judge of the Circuit Court of the First Circuit, on June 30, 2006;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 04-1-0275; and thereafter

4.  return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Dated at Honolulu, Hawaii: May 31, 2006.

                                          STATE OF HAWAII

                                          By PETER B. CARLISLE
                                          Prosecuting Attorney

                                          By _____
                                          KEVIN K. TAKATA
                                          Deputy Prosecuting Attorney
                                          City and County of Honolulu


## ORDER DIRECTING ISSUANCE OF
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii:   JUN 0 2 2006

                                          *Karl K. Sakamoto*
                                          KARL K. SAKAMOTO
                                          Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and
STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of RYAN C. ALLMAN, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on June 30, 2006, and at any time or times deemed necessary until the conclusion of Criminal No. 04-1-0275; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant each time, to:

1. bring the said Defendant before the Honorable KARL K. SAKAMOTO, Judge of the Circuit Court of the First Circuit, on June 30, 2006;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 04-1-0275; and thereafter

4. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Upon completion of the above and conclusion of Criminal No. 04-1-0275, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable KARL K. SAKAMOTO, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this _____ day of

JUN 0 2 2006 .

_Karl K. Sakamoto_
Judge of the Circuit Court
First Circuit, State of Hawaii

D. GORA
Clerk, Circuit Court, First Circuit
State of Hawaii