
ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
KEVIN K. TAKATA  3763
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     527-6458
FAX:   547-7513
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN - 8 2006

at 4 o'clock and 35 min P M
SUE BEITIA, CLERK

LODGED

JUN 0 7 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00179-JMS |
| Plaintiff, | ) ) | ORDER GRANTING TEMPORARY |
| v. | ) ) | TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT |
| RYAN ALLMAN, | ) ) | OF HABEAS CORPUS AD PROSEQUENDUM |
| Defendant. | ) ) ) ) ) | |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant RYAN ALLMAN to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. RYAN C.

ALLMAN, Criminal No. 04-1-0275. Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii.

Dated: \_\_\_6-7-2004\_\_\_ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE